IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 08-cv-00434-BNB

MONTGOMERY CARL AKERS,

    Plaintiff,

v.

R. WILEY,
CHRISTOPHER SYNSVOLL,
D. J. CRIST,
M. BOND,
JAMES KESZEI,
RICK MARTINEZ,
OFFICER ROY, and
WENDY HEIM,

    Defendants.

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

APR - 4 2008

GREGORY C. LANGHAM
CLERK

## MINUTE ORDER

ORDER ENTERED BY MAGISTRATE JUDGE BOYD N. BOLAND

    Plaintiff's request to amend the caption to correct the spelling of the names of two of the Defendants in this action, which he makes in a letter to the court filed on April 4, 2008, is GRANTED.

Dated: April 4, 2008

Copies of this Minute Order mailed on April 4, 2008, to the following:

Montgomery Carl Akers
Reg. No. 02866-081
ADX – Florence
PO Box 8500
Florence, CO 81226

                                          Secretary/Deputy Clerk